# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME A. GARCIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. BARNES, Warden,<br><br>　　　　　Respondent.<br>_____ | Case No. CV 12-6762-FMO (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is granted, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: July 3, 2013　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE