JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME A. GARCIA, | Case No. CV 12-6762-FMO (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R. BARNES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: July 3, 2013

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE